UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-10394 FMO (SSx) | Date | March 25, 2019 |
|---|---|---|---|
| Title | Arvind M. Patel, et al. v. County of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal re: Lack of Service

Pursuant to the Court's Order of March 12, 2019 (Dkt. 10, "OSC"), plaintiffs were granted until March 19, 2019, to respond to the OSC and explain their failure to file proof of service. (See id. at 1). As of the filing date of this Order, plaintiffs have not responded to the OSC. (See, generally, Dkt.). The court, on its own motion, will give plaintiffs one final opportunity to respond. Accordingly, IT IS ORDERED THAT:

1. Plaintiffs are granted until **April 8, 2019**, to respond to the OSC.

2. Plaintiffs are cautioned that failure to file a timely response shall result in this action being dismissed without prejudice for failure to effect service of process, failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |